UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIAH LYNN WHYNOT, by and
through CARRIE SHURTLEFF as
Next Friend,

       Plaintiff,

v.                                                                    Case No:   8:26-cv-01143-JLB-SPF

THE HONORABLE PAMELA A.M.
CAMPBELL, TERRI LEE ST.
HILAIRE, NICOLAS STEPHEN
ROBINSON, ESQ., ROBERT
CHARLES THOMPSON, JR., ESQ.,
JOSEPH MICHAEL MURPHY, ESQ.,

       Defendants.
_____/

**<u>ORDER</u>**

The Magistrate Judge has entered a Report and Recommendation (Doc. 7), recommending that Plaintiff's Complaint be dismissed and Motion to Proceed *In Forma Pauperis* denied.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted in part to the extent that the claims

against Defendant Judge Pamela A.M. Campbell are dismissed with prejudice and the remaining claims are dismissed without prejudice. *Cichowski v. Totten*, No. 24-10195, 2024 WL 2182487, at *2 (11th Cir. May 15, 2024) (affirming the district court's dismissal of claims against a judge with prejudice where the judge was entitled to absolute judicial immunity); *Stalley ex rel. U.S. v. Orlando Reg'l Healthcare Sys., Inc.*, 524 F.3d 1229, 1232 (11th Cir. 2008) ("A dismissal for lack of subject matter jurisdiction is not a judgment on the merits and is entered without prejudice."); *Cone Corp. v. Fla. Dep't of Transp.*, 921 F.2d 1190, 1203 (11th Cir. 1991) ("[A] dismissal for lack of standing has the same effect as a dismissal for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1).").

*—Rest of page intentionally left blank—*

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 7) is **ADOPTED in part**.

2. Plaintiff's claims against Judge Pamela A.M. Campbell are

   **DISMISSED with prejudice**.

3. The remaining claims in Plaintiff's Complaint (Doc. 1) are

   **DISMISSED without prejudice**.

4. Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED as moot**.

5. The Clerk of Court is **DIRECTED** to enter judgment accordingly,

   terminate any pending deadlines and motions, and close the file.

**ORDERED** in Tampa, Florida, on May 19, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE